# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY LYNN LACKEY, ) | 1:06-CV-1646 OWW WMW HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| SUPERIOR COURT OF CA, et al., ) | [Doc. 2, 9] |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 8, 2007**          /s/  William M. Wunderlich
bl0dc4                    UNITED STATES MAGISTRATE JUDGE